IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDA CHILDS-PIERCE,<br><br>    Plaintiff,<br><br>    v.<br><br>UTILITY WORKERS UNION OF AMERICA,<br><br>    Defendant. | Civil Action No. 03-1271 (JDB) |

## ORDER

Upon consideration of [22] defendant's motion for summary judgment, [23] plaintiff's motion for summary judgment, and [30] defendant's motion to strike plaintiff's affidavit, and for the reasons explained in the accompanying Memorandum Opinion issued on this date, it is this 10th day of August, 2005, hereby

**ORDERED** that [23] plaintiff's motion for summary judgment is **DENIED**; it is further

**ORDERED** that [22] defendant's motion for summary judgment is **GRANTED**; it is further

**ORDERED** that [30] defendant's motion to strike is **DENIED**; and it is further

**ORDERED** that judgment is entered in favor of defendant.

/s/
JOHN D. BATES
United States District Judge

Copies to:

Nathaniel D. Johnson
NATHANIEL D. JOHNSON & ASSOCIATES, L.L.C.
3495 Leonardtown Road
Suite 105
Waldorf, MD 20602
    *Counsel for plaintiff*

Jeffrey R. Freund
Lauren McGarity
BREDHOFF & KAISER, P.L.L.C.
805 Fifteenth Street, NW
Suite 1000
Washington, DC 20005
    *Counsel for defendant*